# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD SMITH, | ) | Case No. 7:04CV5027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR** |
| v. | ) | **ENLARGEMENT OF TIME** |
| | ) | |
| FRANK IMPLEMENT CO., | ) | |
| | ) | |
| Defendant. | ) | |

Considering Defendant Frank Implement Company's Motion for Enlargement of Time (filing 25), the Court finds that the Motion was filed before the October 14, 2005 deadline for filing motions for summary judgment as set forth in this Court's June 2, 2005 Final Progression Order; that granting the enlargement of time will not delay the proceedings in this case; and that no parties will be prejudiced by the granting of said enlargement of time; therefore, for good cause shown,

**IT IS ORDERED**, pursuant to Fed. R. Civ. P. 6(b), that Defendant Frank Implement Company is granted a twenty-one (21) day enlargement of time in which it may file a motion for summary judgment pursuant to Fed. R. Civ. P. 56 and NECivR 56.1. Defendant Frank Implement Company's new deadline for filing such a Motion is November 4, 2005. Plaintiff is also given an extension of time to November 4, 2005 to file a motion for summary judgment.

**DATED September 29, 2005.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**